```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
MAIROBY HERNANDEZ,
                    Plaintiff,         22-cv-5089 (JGK)

        - against -                    ORDER

CALLIE'S CHARLESTON BISTCUITS,
L.L.C.,
                    Defendant.
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **September 8, 2022.**

**SO ORDERED.**
**Dated:    New York, New York**
           **August 17, 2022**

                              /s/ John G. Koeltl
                                    John G. Koeltl
                           **United States District Judge**