United States District Court
Southern District of New York

---

MAIROBY HERNANDEZ,

                 Plaintiff,        22-cv-5089 (JGK)

    - against -                     ORDER

CALLIE'S CHARLESTON BISCUITS, L.L.C.,

                 Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for **September 13, 2022** is canceled.

SO ORDERED.

Dated:    New York, New York
            September 9, 2022

                                     John G. Koeltl
                                United States District Judge